UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br>1831 12th Ave S.<br>Ste. 460<br>Nashville, TN 37203<br><br>    *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES<br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave NW<br>Washington, DC 20530<br><br>    *Defendant.* | Civil Action No.: 1:223-cv-03799 |

## COMPLAINT

1. The Plaintiff, The Daily Wire, LLC, ("The Daily Wire") brings this action against the United States Department of Justice ("DOJ"), to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, Bentkey Ventures, LLC, d/b/a "The Daily Wire" ("The Daily Wire"), is a media organization that (among other activities) gathers, analyzes, and disseminates official information through written reporting, podcasts, and other channels to educate the public.

5. The Daily Wire has over 2 million followers on X (formerly known as Twitter), over 3.7 million followers on Facebook, and 2.2 million followers on Instagram.

6. The Defendant DOJ is an agency under 5 U.S.C. § 552(f), with its headquarters at 950 Pennsylvania Ave NW, Washington, DC 20530.

7. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

8. "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. DEP'T JUST., Freedom of Information Act Guidelines (Mar. 15, 2022), https://tinyurl.com/2yd463dv.

## THE DAILY WIRE'S FOIA REQUESTS

*Hannah Levine Request*

9. On August 3, 2023, Luke Rosiak, on behalf of The Daily Wire, submitted a FOIA request to DOJ's Community Relations Service ("CRS") seeking Hannah Levine's emails between July 20, 2023, and August 3, 2023. *Ex. A.*

10. This request sought a fee waiver. *Id.*

11. As of the date of this filing, CRS has not responded to this request.

*Scope of Activity Request*

12. On October 23, 2023, The Daily Wire submitted a FOIA request to CRS seeking documents that reflect the scale of the component's activity since 2020. *Ex. B.*

13. This request sought a fee waiver. *Id.*

14. This request sought expedited processing. *Id.*

15. As of the date of this filing, CRS has not responded to this request.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

16. The Daily Wire incorporates the above paragraphs by reference.

17. The Daily Wire properly requested records within the possession, custody, and control of the Defendant.

18. The Defendant failed to acknowledge receipt of The Daily Wire's requests.

19. The Defendant failed to conduct searches for responsive records.

20. Moreover, because Defendant failed to conduct searches, they have failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

21. The Defendant has failed to respond to The Daily Wire's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

22. Accordingly, The Daily Wire has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

23. The Defendant has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to The Daily Wire's FOIA request and release nonexempt records.

## PRAYER FOR RELIEF

WHEREFORE, The Daily Wire respectfully requests that this Court:

i. Declare that the records sought by The Daily Wire's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to The Daily Wire's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant The Daily Wire's requests for fee waivers;

v. Award The Daily Wire attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant The Daily Wire such other and further relief as this Court deems proper.

Date: December 21, 2023

Respectfully Submitted

/s/ Jacob Meckler
Ian Prior* (D.C. Bar No. 90001650)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*

*D.D.C. Application Pending*