**Gmail**

**Luke Rosiak <**                                                                                          **>**

# Daily Wire CRS FOIA

**Luke Rosiak** <lrosiak@dailywire.com>                                       Thu, Aug 3, 2023 at 11:54 PM
To: crs.foia@usdoj.gov

Hi Melody,

I request under FOIA all emails from, to, or CCing Hannah Levine of
CRS (Hannah.Levine@usdoj.gov) between July 20, 2023 and the present.

I request a media fee waiver as I am a full-time reporter for The
Daily Wire and make this request in the public interest for the
purpose of distilling and disseminating information. I'd like the
documents via email.

Thank you,
Luke Rosiak
████████████