UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 23-3799 (JEB) |

**CONSENT MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Civil Procedure 6(a), Defendant the United States Department of Justice ("DOJ"), seeks an extension of time, until March 1, 2024, to file an Answer to Plaintiff, the Daily Wire LLC's ("Plaintiff") Complaint in the above Freedom of Information Act ("FOIA") action. The Answer is currently due on February 1, 2024. In support of this motion, Defendant states as follows:

1. Undersigned counsel has conferred with agency counsel assigned to this matter and needs additional time within which to draft the appropriate response to Plaintiff's Complaint. This request is not made for purposes of delay.

2, Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel consents to this request.

3. For the foregoing reasons, Defendant respectfully requests that the Court grant this motion. A proposed Order accompanies this motion.

Dated: January 25, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>         Defendant. | Civil Action No. 23-3799 (JEB) |

**ORDER [Proposed]**

Upon consideration of Defendant's consent Motion for an extension of time to file its Answer to Plaintiff's Complaint, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the Answer is due on March 1, 2024;

SO ORDERED.

Date: _____          _____
                                United States District Judge