UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 23-3799 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 17, 2024, the Parties, Plaintiff, the Daily Wire, LLC ("Plaintiff") and Defendant the United States Department of Justice ("DOJ"), hereby informs the Court as follows:

1. Plaintiff filed his complaint on December 21, 2023 pursuant to the Freedom of Information Act ("FOIA"). *See* ECF No. 1 – Plaintiff's Complaint ("Compl."). Plaintiff alleges that Defendant has failed to comply with the FOIA regarding two FOIA requests that it submitted to the agency, the first request was submitted to DOJ's Community Relations Service ("CRS") on August 3, 2023 and CRS gave that request CRS-FY23-00039. This first request sought Hannah Levine's emails between July 20, 2023 and August 3, 2023. Plaintiff submitted a second FOIA request to CRS on October 23, 2023 what was identified as CRS-FY24-0004. This second FOIA request sought documents that reflect the scale of the component's activity in 2020.

2. Defendant conducted a search for records responsive to the first above referenced FOIA request and located approximately 2,132 documents responsive to Plaintiff's August 2023 FOIA request (CRS-FY23-00039). The Agency processed and produced those records to Plaintiff. The Agency also processed approximately 40 documents responsive to Plaintiff's second FOIA

request (CRS-FY24-0004) and produced those records to Plaintiff, as well.  The specific timeline for release of those documents is as follows:

**DOJ-CRS-FY23-00039:**  CRS released document responsive to the requester-plaintiff in five (5) separate batches, including:  Batch 1 (released on January 1, 2024; Batch 2 (released on January 17, 2024); Batch 3 (released on January 18, 2024); and, Batch 5 (released on February 28, 2024).  All these batches were received by the plaintiff without any technical difficulty.  Batch 4 was first released on January 25, 2024, but the zip file was returned that same day, and again on February 6, 2024.  On March 1, 2024, the plaintiff contacted CRS to advise that he could not open the OneDrive Link for Batch 4.  CRS resent these batches in three discrete subparts on March 6, 2024, which the requester-plaintiff received.

**DOJ-CRS-FY24-0004**:  CRS sent an acknowledgement of the FOIA request on January 5, 2024, and released all responsive documents on February 27, 2024.

Production is now complete for both FOIA requests.

On April 12, 2024, CRS provided a Vaughn Index of all responsive documents provided to the plaintiff for both FOIA requests.

3. A motion for stay is unlikely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

4. The Parties propose that they file a further status report on September 12, 2024.

Dated: July 8, 2024
       Washington, DC

Respectfully submitted,

| | |
|---|---|
| By: */s/* Jacob Meckler<br>Ian Prior* (D.C. Bar No. 90001650)<br>Jacob Meckler (D.C. Bar No. 90005210)<br>Tel: (972) 861-2132<br>E-mail: Jacob.Meckler@aflegal.org<br>AMERICA FIRST LEGAL FOUNDATION<br>611 Pennsylvania Avenue SE #231<br>Washington, D.C. 20003<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #48<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:      */s/ Patricia K. McBride*<br>      PATRICIA K. MCBRIDE<br>      Assistant United States Attorney<br>      601 D Street, N.W.<br>      Washington, D.C. 20530<br>      (202) 252-7123<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 23-3799 (JEB) |

### **ORDER [Proposed]**

Upon consideration of Defendant's consent Motion for an extension of time to file its Answer to Plaintiff's Complaint, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the Answer is due on September 12, 2024;

SO ORDERED.

Date: _____      _____
United States District Judge