UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRANT INVESTOR ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 23-3543 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 22, 2024, Plaintiff, American Immigrant Investor Alliance and ("Plaintiff") and Defendant, the United States Citizenship and Immigration Services ("USCIS"), by and through undersigned counsel, informs the Court as follows:

1. On August 27, 2023, Plaintiff submitted a Freedom of Information Act ("FOIA") request seeking records relating to certain issues raised in the Government Accountability Office's March 28, 2023 report on the EB-5 Program.

2. The USCIS has completed its search for records responsive to Plaintiffs' FOIA request and has found over approximately 9,154 pages of potentially responsive records.   USCIS has been processing five hundred (500) pages per month until processing is complete.   The interim releases and pages released in full or in part thus far have been: (1) January 31, 2024 (500), (2) February 29, 2024 (500), (3) March 29, 2024 (370), (4) April 30, 2024 (372), (5) May 31, 2024

(227), (6) June 27, 2024 (318), (7) July 31, 2024 (246), (8) August 30, 2024 (190) USCIS proposes to continue to process approximately five hundred (500) pages per month and make rolling productions each month until processing is complete. The next interim release is expected on or around September 30, 2024.

      3.      No motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

      4,      The Parties propose that they file another status report on November 21, 2024.

Dated: September 11, 2024
       Washington, DC

Respectfully submitted,

By: */s/ Edward Ramos*
   EDWARD RAMOS
   (Bar ID: FL0081)
   Kurzban Kurzban
   Tetzeli & Pratt, P.A.
   131 Madeira Avenue
   Coral Gables FL 33134
   (305) 444-0060
   ERamos@kktplaw.com

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Patricia K. McBride*
   PATRICIA K. MCBRIDE
   Assistant United States Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   (202) 252-7123

*Attorneys for the United States of America*