UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY WIRE, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 23-3799 (JEB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice. The parties will bear their own attorney's fees.

Dated: September 12, 2024
       Washington, DC

Respectfully submitted,

By: /s/ Jacob Meckler
Ian Prior (D.C. Bar No. 9001650)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ Patricia K. McBride
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-7123

*Attorneys for the United States of America*